Evan R. Fleck
Jaimie Fedell (*pro hac vice* pending)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Andrew M. Leblanc
Erin E. Dexter (*pro hac vice* pending)
**MILBANK LLP**
1101 New York Ave. NW
Washington, DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

*Proposed Counsel for the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| AIR BALTIC CORPORATION AS, *et al.*,[1] | Case No. 26-12188 (LGB) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF COMMENCEMENT OF**
**CHAPTER 11 CASES AND AGENDA FOR FIRST DAY HEARING**
**ON SEPTEMBER 15, 2026, AT 8:00 AM (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that on September 15, 2026 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE that a hearing (the "First Day Hearing") has been scheduled for September 15, 2026, at 8:00 AM (Prevailing Eastern Time) before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, in order to consider, among other things, the relief requested by the Debtors in the First Day Pleadings (as defined below).**

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing will take place remotely via Zoom for Government. Parties wishing to appear at the First Day Hearing remotely, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern

[1] The Debtors in these Chapter 11 Cases are: Air Baltic Corporation AS, Air Baltic Training, SIA, and Baltijas Kravu Centrs SIA. The Debtors' service address is Tehnikas Street 3, Lidosta "Riga", Mārupe Parish, Mārupe District, LV-1053, Latvia.

Time) on September 14, 2026. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the First Day Pleadings (as defined below) carefully and discuss them with your attorney, if you have one in connection with the chapter 11 cases. (If you do not have an attorney, you may wish to consult with one.)

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Pleadings (as defined below), or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the First Day Hearing is set forth below. Copies of each pleading identified below (the "First Day Pleadings") can be viewed and/or obtained by: (i) accessing the Court's website at http://www.nysb.uscourts.gov, (ii) from the Debtors' proposed claims and noticing agent, Epiq, at https://dm.epiq11.com/AirBaltic, or by calling 877-350-7875 (U.S./Canada) (toll free) or +1 971-257-1517 (International) or by e-mail via airbaltic@epiqglobal.com. Note that a PACER password is needed to access documents on the Court's website.

## AGENDA FOR FIRST DAY HEARING

## I. Introduction

## II. Motions and Applications to Be Heard at the First Day Hearing

1. **Joint Administration Motion**. *Debtors' Motion for Entry of an Order (I) Directing Joint Administrative of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 2]

2. **Motion to Enforce Automatic Stay**. *Debtors' Motion for Entry of an Order (I) Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541(c); (II) Approving the Form and Manner of Notice; and (III) Granting Related Relief* [Docket No. 3]

3. **DIP Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. [●]]

   **Related Document: DIP Declaration**. *Declaration of Stephan Krastev in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting*

*Liens and Providing Claims with Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Modifying the Automatic Stay; (V) Authorizing the Debtors to Use Cash Collateral; and (VI) Granting Related Relief* [Docket No. [●]]

4. **Cash Management**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to Continue to (A) Use Existing Cash Management Systems, Bank Accounts, and Business Forms, (B) Engage in Intercompany Transactions, and (C) Pay Service Charges; (II) Granting Administrative Expense Status to Intercompany Claims; (III) Waiving Compliance with Requirements of 11 U.S.C. § 345; and (IV) Granting Related Relief* [Docket No. 10]

5. **Employee Benefits and Wages Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to (A) Maintain Employee Programs in the Ordinary Course and (B) Pay Prepetition Employee Obligations Related Thereto; and (II) Granting Related Relief* [Docket No. [●]]

6. **Non-U.S. Vendors, Lien Claimants, and 503(b) Claimants Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to Pay Prepetition Claims of Non-U.S. Vendors, Lien claimants, and 503(b) Claimants; (II) Authorizing the Debtors to Continue Performing Under Related Agreements; (III) Authorizing Non-U.S. Vendors and Lien Claimants to Exercise Their Setoff and Recoupment Rights; and (IV) Granting Related Relief* [Docket No. 11]

7. **Tax Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 13]

8. **Customer Programs Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to Maintain Their Existing Customer Programs and Honor Prepetition Customer Obligations Related Thereto; (II) Modifying the Automatic Stay; and (III) Granting Related Relief* [Docket No. 8]

9. **Critical Airline Agreement Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to (A) Assume Certain Critical Airline Agreements, (B) Honor Prepetition Obligations Related Thereto, and (C) Enter into New Critical Airline Agreements; (II) Modifying the Automatic Stay; and (III) Granting Related Relief* [Docket No. 6]

10. **Insurance Motion**. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to (A) Continue Insurance Policies, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Satisfy Obligations Related Thereto, and (D) Enter into New Premium Financing Agreements; and (II) Granting Related Relief* [Docket No. 7]

11. **Case Management Motion**. *Debtors' Motion for Entry of an Order Implementing Certain Notice and Case Management Procedures* [Docket No. 12]

12. **Motion to Extend Time to File Schedules and SOFAs**. *Debtors' Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports* [Docket No. 4]

13. **Motion to File Consolidated List of Creditors**. *Debtors' Motion for Entry of an Order (I) Authorizing The Debtors to (A) File a Consolidated List of Creditors and (B) File a Consolidated List of Debtors' 30 Largest Unsecured Claims; (II) Authorizing the Debtors to Redact Personal Identifying Information; (III) Approving Procedures for Service of Notice of Commencement; and (IV) Granting Related Relief* [Docket No. 5]

14. **Epiq Retention Motion**. *Debtors Application for Entry of an Order (I) Authorizing and Approving Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent to the Debtors* Nunc Pro Tunc *to the Petition Date and (II) Granting Related Relief* [Docket No. 9]

## III. <u>Related Pleadings</u>

1. **First Day Declaration**. *Declaration of Vitolds Jakovļevs in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 14]

Dated: New York, New York
September 14, 2026

**MILBANK LLP**

*/s/ Evan R. Fleck*
Evan R. Fleck
Jaimie Fedell (*pro hac vice* pending)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

Andrew M. Leblanc
Erin E. Dexter (*pro hac vice* pending)
**MILBANK LLP**
1101 New York Ave. NW
Washington, DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

*Proposed Counsel for the Debtors and Debtors-in-Possession*