**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>AIR BALTIC CORPORATION AS,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12188 (LGB) |
| In re:<br><br>AIR BALTIC TRAINING, SIA,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12189 (LGB) |
| In re:<br><br>BALTIJAS KRAVU CENTRS SIA,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-12190 (LGB) |

**ORDER**
**(I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[1] [ECF No. 2] of the above-captioned Debtors, seeking entry of an order pursuant to sections 105(a) and 342 of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, (i) directing the joint administration of the Debtors' cases for procedural purposes only and (ii) granting related relief, all as described more fully in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and it appearing that venue of these

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the Motion and the First Day Declaration; and all of the proceedings had before the Court; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED to the extent set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 26-12188.

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AIR BALTIC CORPORATION AS, *et al.*,[1] | ) | Case No. 26-12188 (LGB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

--------------

[1] The Debtors in these Chapter 11 Cases are: Air Baltic Corporation AS, Air Baltic Training, SIA, and Baltijas Kravu Centrs SIA. The Debtors' service address is Tehnikas Street 3, Lidosta "Riga", Mārupe Parish, Mārupe District, LV-1053, Latvia.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. All pleadings and other documents to be filed in the jointly-administered cases shall be filed and docketed in the case of Air Baltic Corporation AS, Case No. 26-12188.

6. A docket entry, substantially similar to the following, shall be entered on the docket in the case of each Debtor other than Air Baltic Corporation AS to reflect the joint administration of these cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York directing joint administration for procedural purposes only of the chapter 11 cases of: The Debtors in these chapter 11 cases are: Air Baltic Corporation AS, Air Baltic Training, SIA, and Baltijas Kravu Centrs SIA. **All further pleadings and other papers in such cases shall be filed in and all further docket entries shall be made in Air Baltic Corporation AS, Case No. 26-12188.**

7. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of New York shall keep, one consolidated docket, one file, and one consolidated service list for these cases.

8. The Debtors shall file their monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, issued by the U.S. Department of Justice, Office of the United States Trustee, Region 2, issued by the Executive Office of the U.S. Trustee, in accordance with the applicable *Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation*.

9. Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of these cases and this Order shall be without prejudice to the rights of the Debtors to seek or oppose substantive consolidation of these cases.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied thereby.

11. The Debtors are authorized and empowered to take all actions necessary to implement

the relief granted in this Order.

12. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.

Dated: September 16, 2026
New York, New York

***/s/ Lisa G. Beckerman***
THE HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE